

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00556-CR

| | | |
|---|---|---|
| Artis Leon Polk Jr. | § | From the 432nd District Court |
| | § | of Tarrant County (1305834D) |
| v. | § | April 23, 2015 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_____
Chief Justice Terrie Livingston